UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re EX PARTE* Application of Robert Preslier for an Order, Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from the Calder Foundation for Use in a Foreign Proceeding,<br><br>Applicant. | Case No. 1:20-cv-00684 |

**APPLICANT ROBERT PRESLIER'S *EX PARTE* APPLICATION FOR AN ORDER, PURSUANT TO 28 U.S.C. § 1782, TO OBTAIN DISCOVERY FROM THE CALDER FOUNDATION FOR USE IN A FOREIGN PROCEEDING**

Based upon the attached Declarations of R. Zachary Gelber, Pierre-Randolph Dufau, and Robert Preslier and the exhibits attached thereto; and the incorporated Memorandum of Law in support of this Application and the exhibits attached thereto, Robert Preslier hereby moves the Court to grant this Application and enter the Proposed Order (attached to this Application) pursuant to 28 U.S.C. § 1782: (i) authorizing the Applicant to serve the Calder Foundation, with the subpoena attached as Exhibit 3 to the Declaration of R. Zachary Gelber; and (ii) directing the Calder Foundation to preserve and produce the documents responsive to the applicable subpoena in its possession, custody, and control.

New York, NY  **GELBER & SANTILLO PLLC**
Dated: January 24, 2020

By: /s/ R. Zachary Gelber
R. Zachary Gelber
Fern Mechlowitz
347 West 36th Street, Suite 805
New York, NY 10018
Tel: 212-227-4743
Fax: 212-227-7371
Email: zgelber@gelbersantillo.com

*Attorneys for the Applicant Robert Preslier*