# Gelber Exhibit 1

