# Dufau
# Exhibit A



PRD
Pierre-Randolph Dufau
Société d'avocats

5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

Ms Alexi Marotta
**Calder Foundation**
207 West 25th Street, Fl. 12
New York NY 10001
Etats-Unis

Paris, 17 June 2019

*Sent by DHL*
*And by email at contact@calder.org*

**<u>Object</u>: Information request on a sculpture by Alexander Calder on behalf of my client**

Dear Madam,

I am acting on behalf of my client, Mr. Preslier, who acquired on 31 May 2010 a sculpture by Alexander Calder, sold by the auction house Artcurial.

I would be very grateful if you could lend us your expertise and insight by answering several of my client's questions.

Was the Foundation presented with the sculpture at any point in 2010 or at the very least interrogated by Artcurial? If such were the case, we would like to have a copy of these exchanges.

We would also request that you send us the archive number you attributed to the sculpture and the date of creation of the sculpture you wrote down in your archives on this occasion.

If, unlike Artcurial, you did not date the sculpture back to 1955, did you inform Artcurial? If so, we would like a copy of these exchanges or at the very least knowledge of their content.

If, however, you initially dated the work back to 1955 at the time of its sale in 2010, how would you explain the different date you indicated to Christie's in 2017?

We thank you for your prompt and complete cooperation.

I am, of course, at your disposal for any additional information or exchanges, with yourself or your lawyer.

Sincerely,

Pierre-Randolph Dufau
prd@prd-avocats.com

*Attachments:*
- *Extract form the Artcurial sales catalogue*
- *French version of the present letter*

PRD avocats - SELAS au capital de 260 000 euros immatriculée au RCS de Paris sous le n° 532 290 939 – NII : FR 475 322 909 39
Palais C 1355 - www.prd-avocats.com - info@prd-avocats.com



5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

Ms Alexi Marotta
**Calder Foundation**
207 West 25th Street, Fl. 12
New York NY 10001
Etats-Unis

Paris, le 17 juin 2019

*Par DHL*
*Et par e-mail : contact@calder.org*

**<u>Objet</u> : Informations sur un mobile d'Alexandre Calder à la demande de notre client**

Chère Madame,

J'interviens en qualité de Conseil de M. Preslier, qui a fait l'acquisition le 31 mai 2010 d'un mobile d'Alexandre Calder vendu aux enchères par la maison Artcurial.

Je vous serais extrêmement reconnaissant de bien vouloir nous apporter votre expertise, votre éclairage et vos réponses à un ensemble de questions que se pose mon client.

La Fondation a-t-elle eu le mobile en sa possession en 2010, ou a-t-elle à tout le moins été interrogée par Artcurial ? Si tel est le cas, nous souhaiterions pouvoir disposer d'un tirage des échanges qui seraient intervenus.

Nous souhaiterions également que vous nous transmettiez le numéro d'archive que vous avez attribué à l'œuvre et la date de création de l'œuvre inscrite dans vos archives à cette occasion.

Si, contrairement à Artcurial, vous n'avez pas daté l'œuvre de 1955, en avez-vous informé Artcurial ? Le cas échéant, nous souhaiterions pouvoir disposer de ces échanges ou à tout le moins de leur teneur.

Si, toutefois, vous avez initialement daté l'œuvre de 1955 lors de sa vente en 2010, comment justifiez-vous la date différente indiquée à Christie's en 2017 ?

Nous vous remercions de votre prompt et complète collaboration.

Je me tiens naturellement à votre disposition pour toute information ou échange complémentaire, avec vous ou votre Conseil.

Je vous prie de croire, Madame, à l'assurance de mes sentiments distingués.

Pierre-Randolph Dufau
prd@prd-avocats.com

*Pièce jointe : extrait du catalogue de vente d'Artcurial*



Case 1:20-cv-00684-ALC Document 1-8 Filed 01/24/20 Page 4 of 6

Soirée au Coq : Calder entouré (de gauche à droite) d'Andrée Vilar, Gérard Philipe, Léon Gischia, Henri Pichette et Jean Vilar. Photo Agnès Varda

## « Ton mobile règne sur nous tous »

Les relations entre le sculpteur américain Alexander Calder, le célèbre inventeur des mobiles, et l'homme de théâtre français Jean Vilar, alors directeur du Nouveau TNP – Théâtre National Populaire de Paris, débutent en 1952. Cette année-là, Calder passe plusieurs mois en Europe, de mars à octobre. Il expose en mai à la Galerie Maeght, séjourne ensuite chez les Masson à Aix-en-Provence, et voyage en République Fédérale d'Allemagne à l'invitation des autorités culturelles. Il a surtout, entretemps, représenté son pays à la XXVI[e] Biennale de Venise avec une rétrospective en vingt-trois œuvres qui lui vaut de remporter le Grand Prix de sculpture. Un peu plus tôt, Calder avait aussi été amené à concevoir le décor et les costumes d'une pièce de Henri Pichette, "Nucléa", créée le 3 mai au TNP par Jean Vilar et Gérard Philipe, sur une musique de Maurice Jarre aux côtés de Vilar et Philipe, Jeanne Moreau, Françoise Spira, Monique Chaumette, Charles Denner et toute la troupe du jeune TNP. Le sculpteur américain avait posé sur la scène un grand stabile rouge, entouré d'une passerelle en forme de Π irrégulier, conduisant à un fond de scène au-devant duquel étaient suspendus de larges palets aux découpes biomorphiques. Semblables à ceux de ses mobiles, ils tournaient sur eux-mêmes en présentant leurs faces noire et blanche, soit l'alternance du jour et de la nuit, selon la propre interprétation de l'artiste. Avant de faire la connaissance de Vilar, Caldor av[…] rencontré Pichette à l'occasion d'un déjeu[…] avec Giacometti. Si l'on en croit les souve[…] du sculpteur, les deux nouveaux amis éta[…] alors plus enclins à partager de bonnes bouteilles que les batailles esthétiques en faveur d'un nouveau théâtre que "Nucl[…]" devait finalement échouer à imposer : « Je […] souviens de nombreuses et joyeuses réun[…] avec Pichette et Philipe.

Pichette vivait dans une chambre

POUR
VILAR
CA

65

**Alexander CALDER**
(1898-1976)

**POUR VILAR**, circa 1955
Mobile - métal peint
dédicacé et signé du monogramme
sur l'élément blanc: "Pour Vilar CA"
60 x 190 cm (23,40 x 74,10 in.)

**Provenance :**
Succession Jean Vilar

**500 000 – 700 000 €**

Détails



Alexander Calder et Hervé Poulain

de bonne, rue Octave-Feuillet dans le seizième. Sa chambre de bonne appartenait à une riche protectrice des arts qui vivait en bas. C'était une longue marche quand il fallait grimper les six étages, surtout chargé de bouteilles, mais c'était très gai dans la petite pièce, une fois arrivé tout là-haut. »[1]

Par contraste, « Vilar était très gentil, mais plus sérieux que Pichette et que Gérard Philipe qui étaient très gais. Vilar, ayant la responsabilité du Théâtre National Populaire était une cible toute trouvée pour les jaloux. »[2] Une relation de longue durée — mais dont on sait peu de choses — devait cependant s'établir avec le metteur en scène à partir de cette époque. Elles durent encore en 1966, année pour laquelle nous disposons d'une brève correspondance entre les deux amis : une lettre de Calder[3] relative à une éventuelle visite des Vilar à Saché, où le sculpteur s'était établi deux ans après "Nucléa" ; et, surtout une lettre de Vilar à Calder, pour le remercier de l'envoi de l'édition américaine de son autobiographie écrite sur papier à en-tête du Festival d'Avignon dont il était le fondateur-directeur depuis 1947 et jusqu'à sa disparition en 1971, aux réminiscences multiples qu'elle suscite chez Vilar, se mêle le souvenir encore vivace de la rétrospective du sculpteur au Musée National d'Art Moderne en 1965 : « T'ai-je écrit après le vernissage ? Je ne sais plus. Je crains d'avoir été happé par ceci et par cela que l'on appelle, parfois à juste titre, le travail. Bon, je l'écris, et ce n'est pas une flatterie : tu es de ce genre d'hommes que l'on est heureux d'avoir connu, avec qui l'on est fier d'avoir travaillé. Cette exposition au Musée d'Art Moderne à Paris m'avait médusé (tu te feras traduire). J'en conserve un souvenir et une leçon. La poésie, le charme, l'étrangeté vous cueillaient à chaque pas. » Et il conclut son envoi en déclarant : « Ton mobile règne sur nous tous. »[4]

Le mobile dédié « Pour Vilar » constitue de fait la trace la plus tangible de la relation entre les deux hommes et un souvenir émouvant de leur collaboration. Il s'agit d'une œuvre de près de deux mètres d'envergure dans laquelle s'opposent deux systèmes de formes équilibrés de part et d'autre d'un long fléau noir. D'un côté, un ensemble de palets triangulaires ou trapézoïdaux aux arêtes vives et aux angles pointus, peints en noir et suspendus par leur centre de gravité dans un plan plus ou moins horizontal. De l'autre, un déploiement vertical de formes plus douces et colorées : palets triangulaires aux coins arrondis et aux lignes renflées, peints en jaune, blanc et rouge, et disques rouges. Entre le triangle jaune et le disque rouge qui fait contrepoids à ce système vertical, l'élégant triangle blanc, dont l'une des pointes s'étire et tombe vers le bas comme la feuille d'un végétal ou la plume d'un oiseau, porte, estampés dans le métal, la mention « Pour Vilar » et le monogramme caractéristique de l'artiste, employé à partir de 1954, où la queue du C vient barrer le A. Opposition de formes, de lignes, de couleurs et de direction : ce mobile applique exemplairement la théorie du contraste et de la « disparité » que Calder avait formulée bien des années auparavant : « Pour moi, la chose la plus importante dans la composition est la disparité. Ainsi, le noir et le blanc sont les couleurs fortes, avec une touche de rouge pour marquer l'autre angle d'un triangle qui n'est d'aucune manière équilatéral, isocèle ou rectangle. J'ai utilisé le jaune, et plus tard le bleu, pour varier cela toujours plus. Tout ce qui pourrait suggérer la symétrie est décidément indésirable, excepté peut-être quand un semblant de symétrie est utilisé dans un détail pour mettre en valeur l'inégalité du schéma général. » Le formalisme qui s'énonce ici est constitutif de l'abstraction telle que la comprenait Calder, dont l'adhésion au langage autonome des constituants plastiques et visuels avait été le résultat d'une véritable conversion existentielle, survenue à la suite de sa fameuse rencontre avec Mondrian en octobre 1930. Ce degré d'abstraction hautement revendiqué n'était cependant pas contradictoire avec le maintien d'un lien profond avec le réel, qui ne passe pas tant par l'aspect naturel des formes du mobile que par le mouvement immanent dont il est rendu capable grâce au délicat équilibre de sa structure constructive. C'est le miracle permanent que produit chaque mobile, et qui en fait une sorte d'acteur de sa propre vie. Calder, qui avait notamment collaboré avec la chorégraphe Martha Graham dans les années 1930, a souvent pensé à ses créations cinétiques comme à des sortes de danseurs qui pourraient occuper la scène pour un spectacle qu'ils offriraient d'eux-mêmes. Ambition pleinement réalisée en 1968 à l'Opéra de Rome avec *Work in Progress*, ballet de dix-neuf minutes pour mobiles seuls, qui acheva de consacrer Calder en metteur en scène du mouvement, et de faire des mobiles des acteurs comme Vilar n'en a jamais eu — ou plutôt, comme il n'en aurait jamais eu s'il n'avait bénéficié des bonnes grâces du sculpteur et s'il n'avait lui-même été apte à recevoir la « leçon » des mobiles.

**Arnauld Pierre**
Professeur en histoire de l'art contemporain à l'Université de Paris Sorbonne, auteur de "Calder" Éditions Paris Musées 1996.

1 Calder, Autobiographie [1966], traduit de l'anglais par Jean Davidson, Paris, Maeght, 1972, p. 135.
2 Ibid., p. 135.
3 Calder à Vilar, envoyée de Saché, sans date. L'enveloppe porte un cachet de la poste du 1er mars 1966. Archives de la Maison Jean Vilar, Avignon.
4 Vilar à Calder, Paris, le dimanche 11 décembre 1966. Archives de la Calder Foundation (tous mes remerciements à Alexis Marotta qui m'a communiqué ce document).
5 A. Calder, « A Propos of Measuring a Mobile », octobre 1943. Texte inédit. Agnes Rindge Claflin Papers, Archives of American Art, Smithsonian Institution, Roll 2520.

## *Les mobiles de Calder et les miens*

Alexander Calder a peint la première voiture que j'ai engagée aux 24 Heures du Mans en 1975, inaugurant la série des *Art Cars* que j'ai piloté après en avoir confié les décorations à Stella, Lichtenstein, Warhol, Arman, César...

Or voici que mon partenaire d'alors, BMW, assure la continuité de mon concept en chargeant Jeff Koons de réaliser la robe de son dernier coupé de course participant à l'édition 2010. L'américain signera son œuvre au Centre Georges Pompidou le 1er juin lors d'une soirée de gala qui célébrera par la même occasion les 35 ans du bolide de Calder !

Dans le même temps, la succession Jean Vilar et son avocat Roland Rappaport nous désignent pour présenter aux enchères la veille, le 31 mai à l'Hôtel Dassault, un mobile du sculpteur offert à l'homme de théâtre.

Quelle chance ! « une de ces double fleurs qui se produisent parfois dans l'histoire » comme l'a joliment dit René Char à propos du projet qu'il soumit à Vilar, « un jour d'avril 47, rue du Bac, sous un mobile de Calder », de donner une représentation entre les murs du Palais des Papes en Avignon...

Jean-Paul Sartre a décrit la petite fête du mouvement et de l'imprévisible qu'est un mobile. Le sculpteur établit un destin général aux différents éléments de la composition, les uns par rapport aux autres, puis il lâche tout, abandonné à une impulsion manuelle, à l'humeur du vent, à la chaleur, au soleil, qui déterminent alors ses rythmes particuliers.

Notre mobile a les caractéristiques d'un chef d'œuvre.

Dans le présent catalogue, le Professeur Arnaud Pierre vante la justesse de son amplitude et de son équilibre entre la partie droite composée de rectangles noirs horizontaux, et celle de gauche où se balancent verticalement des pastilles rondes ou oblongues colorées.

Au Directeur délégué de l'Association Jean Vilar, Jacques Téphany, revient le plaisir d'évoquer les années du Théâtre National Populaire et la connivence Calder-Vilar née autour de la scénographie de la pièce d'Henri Pichette, "Nucléa".

Pour ma part, je souligne que Calder n'a pas donné à son ami un mobile choisi parmi d'autres. Non ! Il a créé cet oiseau-ci tout exprès puisque l'une des plumes métalliques, la blanche, porte l'inscription marquée en creux : « Pour Vilar », ce qui rend la pièce incomparable. Comme la voiture !

Mais revenons à la prétendue coïncidence, la vente du mobile et l'anniversaire du bolide. Il n'échappe pas aux poètes que ces deux objets animés ont résolu d'unir leur force pour faire parler d'eux, qu'ils ont manigancé leur rapprochement pour défier les curieux, pour les contraindre à méditer l'ironique définition de Michel Ragon « un mobile c'est une voiture sans roue » et à comparer leur nature distincte : l'un, en liberté, aérien, gracile et silencieux, intemporel, l'autre, la Joconde à roulettes, machine furieuse, musclée et rugissante, soumise à la volonté du pilote et sa recherche de la performance chronométrée.

**Hervé Poulain**