# Dufau Exhibit B

15 July 2019

Pierre-Randolph Dufau
Pierre-Randolph Dufau Société d'avocats
5, rue Saint-Philippe-du-Roule
75008 Paris, France

Dear M. Dufau:

I am writing in response to your letter of 17 June 2019.

As you know, Artcurial sold this mobile, which now belongs to your client, in 2010. In advance of this sale, the Calder Foundation examined the work in May 2010, per Artcurial's request. The Foundation communicated the application number and approximate date 1965–1967 of the work to Artcurial following the examination via telephone on 24 May 2010.

Arnauld Pierre wrote an essay about this mobile that was included in the Artcurial catalogue for the 2010 auction. In response to an inquiry from Mr. Pierre regarding this essay, the Foundation informed him that the mobile should be dated between 1965–1967.

On 7 September 2017, the Foundation examined this mobile on behalf of your client via Christie's. The same application number was communicated to a Christie's employee, representing your client, via telephone on 11 September 2019. Again, the Foundation informed Christie's that this mobile should be dated c. 1967.

I hope this information helps to answer your questions. Please be in touch with me directly should you have any further inquiries.

Sincerely,

Jane Pakenham, Esq.
General Counsel

**CALDER FOUNDATION**

207 WEST 25TH STREET NEW YORK NY 10001
1 212 334 2424 WWW.CALDER.ORG