# Dufau Exhibit C



5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

**Calder Foundation**
Ms. Jane Pakenham
General Counsel
207 West 25th Street, Fl. 12
New York NY 10001
USA

Paris, 22 July 2019

*Sent by DHL*
*And by email at legal@calder.org*

<u>**Object**</u>: **additional information request on a mobile by Alexander Calder**

Dear Madam,

I have received your letter dated July 15th in response to my letter of June 17th 2019 and I thank you for the answers you have already provided.

I have noted that the Calder Foundation had examined in May 2010 the mobile of my client on request of Artcurial and had since that time estimated its date of creation between 1965 and 1967, without ever varying in this attribution.

You also confirm that you have communicated these dates to Artcurial both by phone on May 24, 2010, and in writing to Mr. Arnauld Pierre following his inquiry as part of the drafting of the mobile's presentation text within the catalogue that he was in charge of.

However, it appears from the documents I have and that I have already transmitted to you that the date of 1955 has been maintained within the sales catalogue of Artcurial.

I would be extremely grateful if you could send me a copy of the written exchanges you have had, both with Mr. Pierre and with other interlocutors at Artcurial, as well as the application number that you have attributed to the mobile and communicated to Artcurial and Christie's, as indicated.

I thank you for your understanding and your complete cooperation in this matter and I am, of course, at your disposal for any further information or exchange.

Sincerely,

Pierre-Randolph Dufau
prd@prd-avocats.com

*Attachment:*
   - *French version of the present letter*

PRD avocats - SELAS au capital de 260.000 euros immatriculée au RCS de Paris sous le n° 532 290 939 – NII : FR 475 322 909 39
Palais C 1355 - www.prd-avocats.com - info@prd-avocats.com



5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

**Calder Foundation**
Ms Jane Pakenham
General Counsel
207 West 25th Street, Fl. 12
New York NY 10001
Etats-Unis

Paris, le 22 juillet 2019

*Par DHL*
*Et par e-mail : legal@calder.org*

**Objet : Demandes d'informations complémentaires sur un mobile d'Alexandre Calder**

Chère Madame,

J'ai bien reçu votre courrier en date du 15 juillet dernier, en réponse à mon courrier du 17 juin 2019 et vous remercie pour les réponses que vous y avez d'ores et déjà apportées.

J'ai bien noté à ce titre que la fondation Calder avait examiné en mai 2010 le mobile de mon client sur demande d'Artcurial et avait dès cette époque estimé sa date de création entre 1965 et 1967 sans jamais varier dans cette attribution.

Vous me confirmez par ailleurs avoir fait part de ces dates à Artcurial tant par téléphone le 24 mai 2010, que par écrit auprès de Monsieur Arnauld Pierre suite à sa demande dans le cadre de la rédaction du texte de présentation de l'œuvre au sein du catalogue dont il avait la charge.

Il ressort cependant des pièces dont je dispose et que je vous ai transmises que la date de 1955 a été maintenue au sein du catalogue de vente d'Artcurial.

Je vous serais dans ces conditions extrêmement reconnaissant de bien vouloir me transmettre la copie des échanges écrits que vous avez eu, tant avec Monsieur Pierre qu'avec d'autres interlocuteurs chez Artcurial, ainsi que le numéro d'archive que vous m'indiquez avoir attribué à l'œuvre et communiqué à Artcurial et Christie's.

Je vous remercie de votre compréhension et de votre complète collaboration dans cette affaire et me tiens naturellement à votre disposition pour toute information ou échange complémentaire.

Je vous prie de croire, Madame, à l'assurance de mes sentiments distingués.

Pierre-Randolph Dufau
prd@prd-avocats.com

PRD avocats - SELAS au capital de 260.000 euros immatriculée au RCS de Paris sous le n° 532 290 939 – NII : FR 475 322 909 39
Palais C 1355 - www.prd-avocats.com - info@prd-avocats.com