# Dufau Exhibit D



**Pierre-Randolph Dufau**
Société d'avocats

5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

**Calder Foundation**
Ms. Jane Pakenham
General Counsel
207 West 25th Street, Fl. 12
New York NY 10001
USA

Paris, 19th September 2019

*Sent by DHL*
*And by email at legal@calder.org*

**Object**: additional information request on a mobile by Alexander Calder

Dear Madam,

I am writing following the phone call that you had on September 13th with my collaborator.

On this occasion, you indicated, to our astonishment, that the policy of the Calder Foundation does not allow you – except by order of a judge – to transmit the copy of the exchanges that you confirmed to have had in 2010 with Artcurial and Mr. Arnauld Pierre concerning the date of creation of the artwork belonging to my client.

However, Ms. Alexi Marotta, Director of Archives, had informed Mr. Edmond Francey of Christie's, and has just confirmed to him, again, that the Calder Foundation was willing to provide any justification for these exchanges, provided that this request comes from a lawyer.

We do not understand why the Calder Foundation is now taking this position.

Indeed, our request – incidentally banal – is part of the defense of Alexander Calder's work and the related transactions.

Moreover, a transparent and sincere communication of the exchanges that intervened with Artcurial prior to the auction would show that the Calder Foundation has never varied in the estimate of the date of creation.

I therefore reiterate the wish of my client to obtain the exchanges you had both with Artcurial and Mr. Arnauld Pierre relating to the date of creation of the artwork which he has owned for 9 years.

Furthermore, nothing can validly prevent the transmission of a document certifying the archival number assigned to the work in 2010.

I sincerely hope that my client will not be forced to incur expenses to obtain these documents and information through legal proceedings.

Yours faithfully,

Pierre-Randolph Dufau

PRD avocats - SELAS au capital de 260.000 euros immatriculée au RCS de Paris sous le n° 532 290 939 – NII : FR 475 322 909 39
Palais C 1355 - www.prd-avocats.com - info@prd-avocats.com



**Pierre-Randolph Dufau**
Société d'avocats

5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

**Calder Foundation**
Ms. Jane Pakenham
General Counsel
207 West 25th Street, Fl. 12
New York NY 10001
USA

Paris, 19 septembre 2019

*Par DHL
Et par e-mail : legal@calder.org*

**Objet: Demande d'informations complémentaires sur un mobile d'Alexander Calder**

Chère Madame,

Je reviens vers vous suite à votre entretien téléphonique du 13 septembre dernier que vous avez eu avec ma collaboratrice et au cours duquel vous lui avez indiqué à notre grand étonnement que la politique de la Fondation Calder ne vous autorisait pas, sauf sur décision d'un juge, à transmettre la copie des échanges que vous m'avez confirmé avoir eu en 2010 avec Artcurial et Monsieur Arnauld Pierre concernant la date de création de l'œuvre appartenant à mon client.

Madame Alexi Marotta, directrice des archives, avait pourtant indiqué à Monsieur Edmond Francey, de la maison Christie's et vient encore de lui confirmer que la Fondation Calder était disposée à apporter toute justification concernant ces échanges, à la condition que cette demande provienne d'un avocat.

Nous ne comprenons pas les raisons pour lesquelles la Fondation Calder adopte désormais ce positionnement.

En effet, notre demande, au demeurant banale, s'inscrit dans la défense de l'œuvre d'Alexander Calder et des transactions y afférents.

Bien plus, une communication transparente et sincère des échanges intervenus avec Artcurial préalablement à la mise aux enchères de l'oeuvre démontrerait que la Fondation Calder n'a jamais varié dans l'estimation de sa date de création.

Je réitère donc le souhait de mon client d'obtenir les échanges qui ont eu lieu tant avec Artcurial qu'avec Monsieur Arnauld Pierre relatifs à la date de création du mobile dont il est propriétaire depuis 9 ans.

Par ailleurs, rien ne peut valablement s'opposer à la transmission d'un document certifiant le numéro d'archivage attribué à l'œuvre en 2010.

J'espère ainsi sincèrement que mon client ne sera pas contraint de devoir engager des frais pour obtenir ces documents et informations par la voie judiciaire.

Je vous prie de croire, chère Madame, à l'assurance de mes sentiments respectueux.

Pierre-Randolph Dufau

PRD avocats - SELAS au capital de 260 000 euros immatriculée au RCS de Paris sous le n° 532 290 939 – NII : FR 475 322 909 39
Palais C 1355 - www.prd-avocats.com - info@prd-avocats.com