# Dufau Exhibit E



**Pierre-Randolph Dufau**
*Société d'avocats*

ATTENTION NOUVELLE ADRESSE

5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

**Artcurial SAS**
**Monsieur François Tajan**
**Président**
7, rond-point des Champs-Elysées
Marcel Dassault
75008 - Paris

Paris, le 16 octobre 2019

**OBJET : PRESLIER / ARTCURIAL**

Monsieur le Président,

J'interviens en qualité de Conseil de Monsieur Robert Preslier, qui m'a indiqué avoir acquis lors de la vente publique du 31 mai 2010 sous votre responsabilité un mobile de l'artiste Calder « *Pour Vilar* » en métal peint, de dimension 60x90 cm, pour un montant TTC de 2.287.810,20 €.

Le catalogue de la vente mentionnait pour ce mobile la date « circa 1955 » qui s'est avérée depuis mensongère, le mobile datant en réalité de la période 1965-1967.

En conséquence, mon client m'a demandé d'engager sans délai toutes procédures judiciaires utiles.

Je suis à votre disposition pour tout entretien que vous ou votre Conseil pourriez souhaiter.

Je vous prie de croire, Monsieur le Président, à l'assurance de mes sentiments distingués.

Pierre-Randolph Dufau



FREE TRANSLATION
FROM ORIGINAL IN FRENCH

**ATTENTION NOUVELLE ADRESSE**

5, rue Saint-Philippe-du-Roule
75008 Paris – France
T : +33 (0)1 56 88 33 30
F : +33 (0)1 56 88 33 31

**Artcurial SAS**
**Mr François Tajan**
**President**
7, rond-point des Champs-Elysées
Marcel Dassault
75008 – Paris

Paris, October 16th 2019

**SUBJECT: PRIESLER / ARTCURIAL**

Mr President,

I am acting on behalf of my client, Mr Robert Priesler, who informed me he acquired at the public auction on May 31st 2010 under your responsibility a sculpture of the artist Calder *"Pour Vilar"* in painted metal, measuring 60x90 cm, for a minimum amount inclusive of taxes of 2.287.81020 €.

The catalogue of the auction mentioned for this sculpture the date "circa 1955" which appeared to be misleading, the sculpture dating actually from the period 1965-1967.

As a consequence, my client asked me to take without delay all necessary judicial measures.

I am at your disposal for any interview, you or your advisor, may will.

[closing formula]

Pierre-Randolph Dufau
[signature]

PRD avocats - SELAS au capital de 260 000 euros immatriculée au RCS de Paris sous le n° 532 290 939 – NII : FR 475 322 909 39
Palais C 1355 - www.prd-avocats.com - info@prd-avocats.com