# Dufau Exhibit F

**BRÉMOND, VAÏSSE, SERVANT**
AVOCATS ASSOCIÉS
12, RUE DE BERRI - 75008 PARIS
TÉLÉPHONE 33 (0) 1 43 59 39 66
TÉLÉCOPIE 33 (0) 1 45 63 78 73
bvs@bvs-avocats.com

Monsieur Pierre-Randolph DUFAU
Avocat à la Cour
5, rue Saint-Philippe du Roule
75008 PARIS

Paris, le 22 novembre 2019

**COURRIER OFFICIEL**

N Réf : ARTCURIAL – VENTE 30 mai 2010
V Réf : PRESLIER / ARTCURIAL

Mon Cher Confrère,

La société ARTCURIAL SAS dont je suis l'avocat m'a transmis votre courrier du 16 octobre 2019 et m'a demandé d'y répondre, raison pour laquelle le présent courrier est officiel.

<u>En premier lieu</u>, vous faites état d'un mobile de CALDER de dimension 60x90 cm, acquis lors de la vente du 30 mai 2010.

Sauf erreur le mobile vendu à votre client avait pour dimension 60x190 cm.

<u>En second lieu</u>, vous indiquez que la date de création « *Circa 1955* » mentionnée au catalogue « *s'est avérée depuis mensongère, le mobile datant en réalité de la période 1965-1967* ».

Cette affirmation appelle de ma part deux remarques.

D'abord je suppose que le terme « *mensongère* » est mal choisi. Je n'imagine pas que votre client pense que ARTCURIAL aurait annoncé sciemment une date de création qu'il savait fausse. Je pense donc que vous avez voulu dire « *inexacte* ».

Ensuite, je vous serais reconnaissant de bien vouloir m'indiquer comment vous pouvez avoir la certitude que la période de création de ce mobile est 1965-1967.

Je vous remercie par avance de vos réponses aux questions qui précèdent et qui me permettrons de mieux cerner le débat.

Votre bien dévoué,

Christian BRÉMOND
bremond@bvs-avocats.com

BREMOND, VAISSE, SERVANT
Lawfirm
12, rue de Berri – 75008 Paris
bvs@bvs-avocats.com

Pierre-Randolph DUFAU
Lawyer at Paris Bar
5, rue Saint-Philippe-du-Roule
75008 PARIS

Paris, November 22nd 2019

**OFFICIAL MAIL**

My Dear Colleague,

The company ARTCURIAL S.A.S. of which I am the attorney has forwarded your letter of October 16, 2019 to me and asked me to reply to it, this is why this letter is official.

First, you mention a CALDER mobile measuring 60*90 cm, acquired during the sale on May 30, 2010.

To our knowledge, the mobile sold to your client had a size of 60*190 cm.

Secondly, you indicate that the date of creation "*Circa 1955*" mentioned in the catalogue "*has since proved to be misleading, the mobile actually dating from the period 1965-1967*".

I would like to make two comments on this statement.

First of all, I suppose that the term "*misleading*" is not the right one. I do not imagine that your client thinks that ARTCURIAL would have knowingly announced a date of creation that it knew was false. So I think you meant "*inaccurate*".

Secondly, I would be grateful if you could tell me how you can be sure that the period of creation of this mobile is 1965-1967.

Thank you in advance for your answers to the above questions, which will allow me to better understand the debate.

Yours faithfully,

Christian BREMOND
bremond@bvs-avocats.com