# Preslier Exhibit 1

# ART CONTEMPORAIN 1

LUNDI 31 MAI 2010
PARIS – HÔTEL MARCEL DASSAULT
20H

65

**Alexander CALDER**
(1898-1976)

**POUR VILAR, circa 1955**
Mobile - métal peint
dédicacé et signé du monogramme
sur l'élément blanc: "Pour Vilar CA"
60 x 190 cm (23,40 x 74,10 in.)

**Provenance:**
Succession Jean Vilar

500 000 – 700 000 €



ARTCURiAL

BRIEST - POULAIN - F.TAJAN