# Preslier Exhibit 2



# ARTCURIAL
## BRIEST - POULAIN - F.TAJAN

## FACTURE D'ACHAT   AC00036326

Vente du 31 mai 2010 (GTC)
Hôtel Marcel Dassault
Art contemporain 1
Réf. : 1786   A1082  93712

Monsieur Robert PRESLIER
Les Grandes Bruyères
45160 ARDON
FRANCE

Paris, le 3 juin 2010

| Lot | Désignation | Adjugé (€) | Frais TTC* (€) |
|---|---|---|---|
| 65 | Alexander CALDER (1898-1976) POUR VILAR, circa 1952  Mobile - métal peint | 1 950 000,00 | 337 810,20 |

Nous vous remercions de votre participation à cette vente et vous prions de croire à l'expression de nos sentiments dévoués.

* Il ne sera délivré aucun document faisant ressortir la TVA

| | |
|---|---|
| Montant des lots adjugés | 1 950 000,00 |
| Commission de vente TTC | 337 810,20 |
| **Total** | **2 287 810,20** |

MAISON DE VENTE AUX ENCHÈRES  7, ROND-POINT DES CHAMPS-ÉLYSÉES 75008 PARIS   TÉL : +33 (0)1 42 99 20 20   FAX : +33 (0)1 42 99 20 21   contact@artcurial.com
SAS AU CAPITAL DE 1 797 000 €   N° TVA INTRACOMMUNAUTAIRE FR45 440038235 – N° SIRET 440 038 235 000 39 – AGRÉMENT N° 2001-005