# Preslier
# Exhibit 3

Case 1:20-cv-00684-ALC   Document 1-17   Filed 01/24/20   Page 2 of 5





# LE MOBILE DE CALDER RÉALISÉ POUR JEAN VILAR ATTEINT 2 287 000 €

Un mobile exceptionnel pour une amitié hors du commun

Publié le 1er juin 2010



Alexander Calder
Pour Vilar, circa 1952
60 x 190 cm
Vendu : 2 287 000 €

Superbe témoignage de l'amitié qui liait l'artiste américain à l'homme de théâtre, un mobile d'**Alexander Calder** réalisé pour Jean Vilar circa 1955 a été vendu **2 287 000 €** (frais inclus – estimation 500–700 000 €) sous le marteau d'Hervé Poulain ce soir chez **Artcurial | Briest - Poulain - F. Tajan** à l'Hôtel Marcel Dassault.

Ardemment combattue par 11 enchérisseurs, 3 en salle et 9 au téléphone (Etats-Unis, Belgique, Suisse et France) cette pièce exceptionnelle de près de deux mètres d'envergure provenant de la succession Jean Vilar enregistre la plus haute enchère jamais obtenue pour l'artiste américain dans l'hexagone.

Ce nouveau record pour **Artcurial | Briest - Poulain - F. Tajan** illustre le caractère désormais décloisonné du marché de l'art qui, notamment grâce aux technologies de l'information, permet de mobiliser à Paris des acheteurs du monde entier.

Ce mobile, dont la vente a débuté à 300 000 €, revient à un collectionneur suisse après des enchères haletantes, menées par Hervé Poulain qui connut Alexander Calder.

2 287 000 €, record pour un mobile d'...

Le mobile dédié « Pour Vilar » constitue la trace la plus tangible de la relation entre les deux hommes et un souvenir émouvant de leur collaboration.

En creux, gravée sur l'une des feuilles, la mention « *Pour Vilar* » précède la signature de l'artiste. Une dédicace qui consacre une rencontre, et raconte une amitié hors du commun.

Créateur en 1947 du Festival d'Avignon qui deviendra l'un des plus grands festivals du monde, Jean Vilar est nommé en 1951 à la direction du Théâtre National Populaire. La conquête d'un public populaire, au cœur de son projet, ne se démentira jamais. Il fait fréquemment appel à des artistes pour les décors et costumes de ses créations : Léon Gischia, Mario Prassinos ou Alfred Manessier. En 1952, il monte *Nucléa*, pièce d'Henri Pichette dénonçant la menace nucléaire et demande à Calder, dont l'œuvre plastique correspond à cette modernité, de faire les décors. Un très grand stabile et quatre mobiles constituent les éléments scéniques du spectacle ; Gérard Philipe et Jeanne Moreau jouent sur une musique de Maurice Jarre. La pièce ne remporte pas un grand succès, mais affirme la volonté de Vilar de proposer un théâtre capable d'affronter l'actualité.

Une profonde amitié lie désormais Vilar et Calder. Le contraste, entre eux, est saisissant : Vilar, légendairement sombre et taciturne, Calder, magnifiquement solaire et volubile. Un beau matin de 1955, Calder frappe à la porte du modeste appartement parisien de Vilar. Son épouse, Andrée, ouvre et se trouve face au géant qui lui dit en souriant d'une voix d'ogre à l'accent américain : « *Je t'appo'te un petit mobile* ». Il lui tend un paquet mal ficelé, enveloppé de papier journal. Puis s'installe à quatre pattes dans le salon pour agencer les membres d'un magnifique mobile, dédicacé avec grand soin « Pour Vilar », qui ne quittera plus les différents domiciles de la famille.

Cette pièce a été exposée à Cologne, New York et Genève avant d'être présentée à Paris.

Retour

**INFOS VENTE**

Vente : 1786
    Lieu : Hôtel Marcel Dassault
    Date : 31 mai 2010, 20h

**CONTACT PRESSE**

    Armelle Maquin
    Tél. +33 1 43 14 05 69
    Mob. +33 6 11 70 44 74

- 
- 
- 
- Autres sites du Groupe Artcurial :
- Librairie d'Art Artcurial |
- Artcurial Privatisation

Artcurial – 7 rond-point des Champs-Élysées 75008 Paris France © Artcurial 2010 – Tous droits réservés

FREE TRANSLATION FROM FRENCH ORIGINAL

3/06/2010                    2 287 000 €, record for a sculpture ...

ARTCURIAL

BRIEST – POULAIN – F. TAJAN


The Calder sculpture made for Jean Vilar reach 287 000 €

An exceptional sculpture for an extraordinary friendship

Published on June 1st, 2010


[Image of the sculpture]


Alexander Calder

Pour Vilar, circa 1952

60*190 cm

Sold : 2 287 000 €


A superb testimony to the friendship that bound the American artist to the man of theatre, a sculpture by Alexander Calder made for Jean Vilar circa 1955 was sold for €2,287,000 (including fees - estimate €500-700,000) under the hammer of Hervé Poulain tonight at Artcurial | Briest - Poulain - F. Tajan at the Hôtel Marcel Dassault.


Ardently fought by 11 bidders, 3 in the room and 9 on the phone (from the United States, Belgium, Switzerland and France) this exceptional piece measuring of almost two metres from Jean Vilar's estate, records the highest bid ever obtained for the American artist in France.


This new record for Artcurial | Briest - Poulain - F. Tajan illustrates the decompartmentalized nature of the art market today which, thanks in particular to information technology, makes possible to mobilize buyers from all over the world in Paris.


This mobile, which started selling at €300,000, was sold to a Swiss collector after a thrilling auction, led by Hervé Poulain, who knew Alexander Calder.


The dedicated mobile "Pour Vilar" is the most tangible trace of the relationship between the two men and a moving souvenir of their collaboration.

Engraved on one of the leaves, the words "For Vilar" precedes the artist's signature. A dedication that consecrates the meeting [of Calder and Vilar], and tells an extraordinary friendship.

FREE TRANSLATION FROM FRENCH ORIGINAL

3/06/2010                          2 287 000 €, record for a sculpture …

Creator in 1947 of the Festival d'Avignon which will become one of the biggest festivals in the world, Jean Vilar is appointed in 1951 to the direction of the Théâtre National Populaire. The conquest of a popular audience, at the heart of his project, will never fail. He frequently calls upon artists for the sets and costumes of his creations: Léon Gischia, Mario Prassinos or Alfred Manessier. In 1952, he staged Nucléa, a play by Henri Pichette denouncing the nuclear threat, and asked Calder, whose plastic work corresponded to this modernity, to do the sets. A very large stage and four sculptures constitute the scenic elements of the show; Gérard Philipe and Jeanne Moreau play on a music made by Maurice Jarre. The play is not a great success, but affirms Vilar's desire to offer a theater able to deal with current events.

A deep friendship now binds Vilar and Calder. The contrast between them is striking: Vilar, legendarily dark and taciturn, Calder, beautifully solar and voluble. On a great morning of 1955, Calder knocks at the door of Vilar's modest Parisian apartment. His wife, Andrée, opens the door and faces the giant, who smilingly says to her in an ogre's voice with an American accent: "I'll give you a small mobile". He gave her a badly tied package wrapped in newspaper. Then he sit down in the living room to arrange the pieces of a beautiful sculpture, signed with great care "For Vilar", which will not leave the different homes of the family.

This piece was exhibited in Cologne, New York and Geneva before being presented in Paris.