# Preslier Exhibit 4

# CHRISTIE'S

Londres, le 25 juillet, 2019

Monsieur Robert Preslier
Chalet Les Marmottes, Route de Trionna
BPP 112
Lens
1978 Suisse

Cher Monsieur,

Veuillez trouver ci-dessous quelques éléments liés à la datation de votre mobile Calder.
Les détails du mobile sont :

Alexander Calder (1898-1976)
*Pour Vilar*
Mobile, métal peint
Dedicacé et signé des initiales sur l'élément blanc « Pour Vilar CA »
60 x 190 cm.

Et je reprends précisément les détails du catalogues d'Artcurial de la vente du 31 Mai 2010 à Paris.

Vous avez bien voulu nous confier le 24 Mai 2017, la vente de ce mobile d'Alexander Calder, pour intervenir de gré à gré et pour un prix net pour vous de € 4,000,000 (quatre millions d'euros).

A l'époque nous étions certains, vous comme nous, que l'œuvre était bien datée « *circa* 1955 » comme l'indiquait le catalogue d'Artcurial de la vente publique du 31 Mai 2010 à Paris.

Une fois avoir reçu le mobile, et conformément à nos usages professionnels et à nos responsabilités légales, nous avons approché la Fondation Calder à New York afin d'obtenir un nouveau numéro d'Archive et ce conformément à leur processus. Pour ce faire, nous avons envoyé l'œuvre à New York le 31 août 2017.

Registered in England No. 1128160 V.A.T Reg. No 503 3060006

Christie Manson & Woods Limited
8 King Street, St. James's, London SW1Y 6QT
tel +44 (0)20 7839 9060   fax +44 (0)20 7389 2869
www.christies.com

**CHRISTIE'S**

C'est alors que la Fondation nous a communiqué que l'œuvre ne datait pas de « *circa* 1955 », comme l'indiquait le catalogue d'Artcurial, mais bien de « *circa* 1967 » et nous a fourni un nouveau numéro d'archive « A10079 ».

Mon interlocutrice, Madame Alexi Marotta, directrice des archives de la Fondation Calder à New York, a été absolument formelle sur cette datation du mobile. Elle m'a affirmé plus tard et après différents entretiens, que la Fondation Calder avait averti verbalement et par email la maison Artcurial de changer la date figurant à leur catalogue.

La Fondation m'a assuré qu'elle était bien évidement disposée, dans le cadre de la mission qui est la sienne, à confirmer tous ces éléments et à en apporter toutes justifications sur demande qui lui serait adressée par un avocat, la Fondation ne répondant pas par écrit aux demandes formulées par un particulier.

Je reste à votre disposition et vous prie, cher monsieur, d'agréer l'expression de ma considération distinguée.

Sincères salutations,

Edmond Francey

*[signature: Francey]*

Registered in England No. 1128160 V.A.T. Reg. No. 503 3060016

Christie Manson & Woods Limited
8 King Street, St. James's, London SW1Y 6QT
tel +44 (0)20 7839 9060   fax +44 (0)20 7389 2869
www.christies.com

CHRISTIE'S

London, July 25th 2019

Mr Robert Priesler
Chalet Les Marmottes, Route de Trionna
BPP 112
Lens
1978 Switzerland

Dear Mr,

Please find below some elements regarding the dating of your mobile Calder.
Details of the mobile are:

Alexander Calder (1898-1976)
*Pour Vilar*
Mobile, painted metal
Signed by initials on the white piece "Pour Vilar CA"
60 x 190 cm.

And I take precisely the details of the catalogue of Artcurial of the sell on May 31st, 2010 in Paris.

You agreed to entrust us the sell of this sculpture on May 24th, 2017 to intervene by mutual agreement and for a net price for you of 4.000.000 euros (four million euros).

At the time we were sure, you as well as us, that the artwork was indeed dated "circa 1955" as indicated in Artcurial's catalogue for the public auction of May 31st, 2010 in Paris.

Once the artwork received, and accordingly to our professional uses and our legal responsibilities, we have approach Calder Foundation in New York in order to obtain a new Archive number and this in accordance to their process. Thus, we sent the artwork to New York on August 31st, 2017.

It was then that the Foundation informed us that the artwork did not date "circa 1955", as indicated by Artcurial's catalogue, but indeed "circa 1967" and gave us a new Archive number "A10079".

My contact person, Madam Alexi Marotta, director of Archives at Calder Foundation in New York, was absolutely formal on this dating of the sculpture. She affirmed to me later and following several talks, that Calder Foundation had alerted orally and by mail Artcurial to change the date in their catalogue.

The Foundation has assured me that it was naturally prepared, in the context of its mission, to confirm all these elements and bring all justifications on demand made by a lawyer, because the Foundation does not answer to request from individuals.

[closing formula]

Edmond Francey